# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILMER SILVEVIO ZUNIGA,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**AM FRAMING LLC AND ARTHUR BELEM,**<br><br>      **Defendants.** | Civ. No. 21-08250 (KM)(LDW)<br><br>**ORDER & JUDGMENT** |

    This matter having come before the Court on Plaintiff's motion (DE 15) for default judgment; and the Court having considered Plaintiff's submissions; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    **IT IS** this 24th day of January 2022,

    **ORDERED AND ADJUDGED** that Plaintiff's motion (DE 15) for default judgment is **GRANTED**; and it is further

    **ORDERED AND ADJUDGED** that Judgment is entered in Plaintiff's favor in the amount of $14,314.29; and it is further

    **ORDERED AND ADJUDGED** that the money judgment shall accrue interest, at the statutory rate, compounded annually, pursuant to 28 U.S.C. § 1961; and it is further

    **ORDERED** that, upon entry of Judgment, the clerk shall close this case without prejudice to reopening for any further lawful proceedings.

                                          /s/ Kevin McNulty

                                          **Kevin McNulty**
                                          **United States District Judge**